Elizabeth L. Deeley (SBN 230798)
elizabeth.deeley@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Defendant
ZONEPERFECT NUTRITION COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES COLUCCI and KIMBERLY S. SETHAVANISH,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>ZONEPERFECT NUTRITION COMPANY,<br><br>　　　　Defendant. | CASE NO. 11-CV-04561 EDL<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT ZONEPERFECT NUTRITION COMPANY TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT AND FOR AN EXTENDED BRIEFING SCHEDULE** |

1  WHEREAS, Plaintiffs filed a Complaint in the above-captioned case on or about September 14, 2011;

3  WHEREAS, on September 14, 2011, the Court entered an order setting initial case management conference for January 3, 2012;

5  WHEREAS, Defendant has not answered or responsively pled to the Complaint and, per prior stipulation, the deadline for Defendant to answer, move, or otherwise respond to the Complaint is November 14, 2011;

8  WHEREAS, the parties would like to exchange information and pursue negotiations and believe that adjourning the Defendant's deadline would be most efficient, in light of the present discussions, and would best conserve the resources of both the court and the parties involved.

11 IT IS HEREBY STIPULATED AND AGREED by the parties through their counsel, that the Defendant shall have until November 30, 2011 (the "Response Date") to answer, move, or otherwise respond to the complaint, provided, however, that in the event that the Defendant should agree or be ordered to answer, move, or otherwise respond to a complaint in any subsequently filed case based on the same allegations as those made by Plaintiffs in the Complaint prior to the Response Date, then the Defendant shall respond to the Complaint on that same, earlier date.  It is further stipulated and agreed by the parties that the Plaintiff shall have twenty-eight days to serve and file a response or opposition to any motion filed in response to the complaint; and the Defendant shall have fourteen days to serve and file a reply to any opposition.

20 IT IS SO STIPULATED.

Respectfully submitted,

KIRKLAND & ELLIS LLP

DATED:  November 1, 2011        By: /s/ Elizabeth L. Deeley

Elizabeth L. Deeley

Attorneys for Defendant
ZONEPERFECT NUTRITION COMPANY

|   |   |   |
|---|---|---|
| 1 |  | LAW OFFICE OF JANET LINDNER SPIELBERG |
| 2 | DATED: November 1, 2011 | By: /s/ Janet Lindner Spielberg |
| 3 |  | Janet Lindner Spielberg[1] |
| 4 |  | Attorneys for Plaintiffs JAMES COLUCCI and KIMBERLY S. SETHAVANISH |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: November 2, 2011

_____
The Honorable Elizabeth D. Laporte

---

[1] I, Elizabeth L. Deeley, am the ECF user whose ID and password are being used to file this Stipulation for Extension of Time for Defendant ZonePerfect Nutrition Company to Answer, Move, or Otherwise Respond to the Complaint. In compliance with General Order 45, X.B., I hereby attest that the following attorneys have concurred in this filing: Janet Lindner Spielberg, counsel for Plaintiffs, James Colucci and Kimberley S. Sethavanish.

STIPULATION FOR EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT AND AN
EXTENDED BRIEFING SCHEDULE

2

CASE NO. 11-CV-04561 EDL

**CERTIFICATE OF SERVICE**

The undersigned hereby certify that all counsel of record who have consented to electronic service are being served with a copy of the attached **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT ZONEPERFECT NUTRITION COMPANY TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT AND FOR AN EXTENDED BRIEFING SCHEDULE** via the CM/ECF system on November 1, 2011.

DATED: November 1, 2011                                  By: */s/ Elizabeth L. Deeley*
                                                              Elizabeth Deeley