1    Elizabeth L. Deeley (SBN 230798)
     elizabeth.deeley@kirkland.com
2    KIRKLAND & ELLIS LLP
     555 California Street
3    San Francisco, California  94104
     Telephone: (415) 439-1400
4    Facsimile: (415) 439-1500

5    Attorneys for Defendant
     ZONEPERFECT NUTRITION COMPANY
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                   **SAN FRANCISCO DIVISION**

11   JAMES COLUCCI and KIMBERLY S.            )   CASE NO. 11-CV-04561 SC
     SETHAVANISH,                             )
12                                            )   **STIPULATION AND [PROPOSED]**
                    Plaintiffs,               )   **ORDER EXTENDING DEADLINES**
13                                            )
            vs.                               )
14                                            )
     ZONEPERFECT NUTRITION COMPANY,           )
15                                            )
                    Defendant.                )
16                                            )
                                              )
17   _____ )

18

19

20

21

22

23

24

25

26

27

28

---

STIPULATION AND [PROPOSED] ORDER                              CASE NO. 11-CV-04561 SC
EXTENDING DEADLINES

1    WHEREAS, Plaintiffs filed a First Amended Complaint in the above-captioned case on or

2  about September 14, 2011;

3    WHEREAS, on or about November 30, 2011, this case was reassigned to the Honorable

4  Samuel Conti;

5    WHEREAS, in response to Defendants' Motion to Dismiss filed February 10, 2012,

6  Plaintiffs filed a First Amended Complaint on March 2, 2012;

7    WHEREAS, the parties anticipate that Defendant will file another Motion to Dismiss, and

8  that this motion will be long and complex—raising *inter alia* issues of federal regulatory policy,

9  federal preemption, and matters of statutory application under California—such that the parties agree

10  that, in accordance with the Commentary to Local Rule 7-2, an extended briefing schedule will best

11  allow the parties to adequately and appropriately present the relevant issues to the Court;

12    WHEREAS, the parties further agree that, particularly as this case is a putative class action

13  and Defendant's motion is potentially dispositive of this case, it would best conserve the resources of

14  the parties and the Court to postpone the initial Case Management Conference until after the Court

15  rules on Defendant's forthcoming Motion to Dismiss, which will best allow the parties to assess the

16  appropriate scope and timing of further proceedings in this case for presentation to the Court;

17    WHEREAS, on September 30, November 2, November 12, 2011, and December 16, 2011

18  the parties entered into stipulations to extend the time for the Defendant to answer, move, or

19  otherwise respond to Plaintiffs' Complaint and reschedule the Case Management Conference, now

20  set for April 6, 2012;

21    WHEREAS, since the Plaintiffs filed the Amended Complaint on March 2, 2012, neither the

22  Plaintiffs nor the Defendant have sought a stipulation or an extension; and

23    WHEREAS, the parties having confirmed the availability of June 22, 2012 as an available

24  date on the Court's calendar for a Case Management Conference;

25

26

27

28

STIPULATION AND [PROPOSED] ORDER          1          CASE NO. 11-CV-04561 SC
EXTENDING DEADLINES

1    IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that the

2    parties shall adhere to the following schedule for the briefing of the Defendant's expected motion,

3    the Case Management Conference, and related deadlines:

4        (i)    Defendant shall have until March 30, 2012, to file a Motion to Dismiss the First

5               Amended Complaint;

6        (ii)   Plaintiffs shall have until April 27, 2012, to file an Opposition to the Motion to

7               Dismiss the First Amended Complaint;

8        (iii)  Defendant shall have until May 11, 2012, to Reply to the Plaintiffs' Opposition;

9        (iv)  Defendant shall notice a hearing on its Motion to Dismiss for May 25, 2012;

10       (v)   The Case Management Conference shall be held on June 22, 2012, or such later time

11              as is convenient for the Court, with the parties to file one Joint Case Management

12              Statement seven days prior to the conference.

13       IT IS SO STIPULATED.

                         Respectfully submitted,

14

                         KIRKLAND & ELLIS LLP

15

16   DATED:  March 9, 2012           By: */s/ Elizabeth L. Deeley* _____

17                            Elizabeth L. Deeley

18                            Attorneys for Defendant
                         ZONEPERFECT NUTRITION COMPANY

19

20                            LAW OFFICE OF JANET LINDNER SPIELBERG

21   DATED:  March 9, 2012           By: */s/ Janet Lindner Spielberg* _____

22                            Janet Lindner Spielberg[1]

23                            Attorneys for Plaintiffs
                         JAMES COLUCCI and KIMBERLY S.

24                            SETHAVANISH



25

26

27   _____

[1]    I, Elizabeth L. Deeley, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Deadlines.  In compliance with General Order 45, X.B., I hereby attest that the following attorneys have concurred in this filing: Janet Lindner Spielberg, counsel for Plaintiffs, James Colucci and Kimberley S.

28   Sethavanish.

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3

4    DATED: _____, 2012          _____

                                            The Honorable Samuel Conti

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER              3                    CASE NO. 11-CV-04561 SC
EXTENDING DEADLINES

1

**CERTIFICATE OF SERVICE**

2        The undersigned hereby certify that all counsel of record who have consented to electronic

3    service are being served with a copy of the attached **STIPULATION AND [PROPOSED] ORDER**

4    **EXTENDING DEADLINES** via the CM/ECF system on March 9, 2012.

5

    DATED: March 9, 2012                          By: */s/ Elizabeth L. Deeley*
6                                                        Elizabeth Deeley

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28